■ Michael Colosimo et al., Respondents, v New York Plaza Building Company et al., Defendants, and Mac Clean

SERVICE CO., INC., Defendant and Third-Party Plaintiff-Appellant. UNITED PARCEL SERVICE INCORPORATED, Third-Party Defendant-Respondent.—Ordered that the order of the Supreme Court, Kings County, dated May 28, 1986, is affirmed, with costs, for reasons stated by Justice Dowd at Special Term. Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.